UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALLIANCE CAPITAL CORPORATION,

               Plaintiff,

                                      Case No. 08-C-0978

vs.

INTERNET CONNECTIVITY GROUP, INC.,

               Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL

---

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Alliance Capital Corporation provides notice of voluntarily dismissal and herein does voluntarily dismiss the above-captioned complaint and action against Internet Connectivity Group, Inc. with prejudice on the merits.

Dated: November 18, 2008.

                                                          **s/Jacques C. Condon**
                                                          Jacques C. Condon, SBN 1033963
                                                          Attorney for Plaintiff
                                                          HALE & WAGNER, S.C.
                                                          205 East Wisconsin Avenue, Suite 300
                                                          Milwaukee, WI 53202
                                                          **Telephone**:   (414) 278-7000
                                                          **Facsimile**:   (414) 278-7590
                                                          **Email**:        jcc@halewagner.com